IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYRONE D. JONES, | No. 4:07-CV-0728 |
| Plaintiff, | Judge Jones |
| v. | |
| DAUPHIN COUNTY and KAY SINNER, Defendants. | |

## ORDER

July 6, 2007

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Pending before the Court is Defendant Sinner's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (doc. 7) filed on June 14, 2007. On July 5, 2007, Plaintiff Tyrone D. Jones filed a response (doc. 16) to the Motion, indicating his concurrence in the dismissal of all claims against Defendant Sinner. Accordingly, we shall grant the Motion and dismiss the complaint as against Defendant Sinner.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Defendant Sinner's Motion to Dismiss (doc. 7) is GRANTED.

2. The complaint is DISMISSED as against Defendant Sinner.

3. The Clerk shall terminate Defendant Sinner as a party to the action.

John E. Jones III
United States District Judge